## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PREETI MUDALIAR,<br><br>                    Plaintiff,<br>v.<br><br>UNITED RECOVERY GROUP, INC., URG, LLC, S R L & ASSOCIATES, INC., JEREMIAH DURFEE, JOHN MICHAEL DURFEE, LORI L DURFEE, JOHN CHRISTOPHER DURFEE, JUSTIN DURFEE, BENJAMIN E BROWN, KIM ARMISTEAD,<br><br>                    Defendants. | **DEFAULT JUDGMENT AGAINST DEFENDANTS JOHN MICHAEL DURFEE AND LORI L. DURFEE**<br><br>**Case No: 2:12-cv-00778-DAK** |

      Because the Defendants, John Michael Durfee and Lori L. Durfee, offered no explanation for their failure to answer the amended complaint or otherwise defend themselves in the above-captioned matter, the court entered default against the defendants on February 12, 2013. On the basis of the declaration that was subsequently filed by plaintiff's counsel, the court now grants default judgment against John Michael Durfee and Lori L. Durfee jointly and severally in the amount of five thousand four hundred ninety one dollars ($5,491.00). This amount represents statutory damages in the amount of one thousand dollars ($1,000.00) under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(k)(a)(2)(A), three thousand eight hundred forty one dollars ($3,841.00) in attorney fees and six hundred fifty dollars ($650.00) for court costs.

      SO ORDERED this 25th day of November, 2013.

                                                         BY THE COURT:

                                                         _____
                                                         United States District Judge